**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01284-CV

### IN THE INTEREST OF N.T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-00657-Z**

## ORDER

The Court **GRANTS** appellant's unopposed motion for leave to file appellant's first amended reply brief. The amended reply brief tendered to the Clerk of the Court on February 19, 2013, is deemed filed as of the date of this order.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE